| PROB 22 | | FILED | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|---|---|
| (Rev. 2/88) | | CLERK, U.S. DISTRICT COURT | | | 1:19CR10214-IT-001 |
| **TRANSFER OF JURISDICTION** | | **8/8/2022** | | | DOCKET NUMBER *(Rec. Court)* |
| | | CENTRAL DISTRICT OF CALIFORNIA | | | 2:22-cr-00357 -SB |
| | | BY: _____ JB _____ DEPUTY | | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| | District of Massachusetts | | |
| | NAME OF SENTENCING JUDGE | | |
| Alex Yun Cheong Yun | Honorable District Judge Indira Talwani | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 03/03/2021 | 03/02/2024 |

OFFENSE

Conspiracy to Commit Export Violations, in violation of 50 U.S.C. § 1705
Unlawful Exports or Attempted Unlawful Exports of U.S. – Origin Goods to Hong Kong, in violation of 50 U.S.C. § 1705
Smuggling, in violation of 18 U.S.C. § 554

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Judicial _____ DISTRICT OF _____ Massachusetts _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 8/8/2022 _____
Date

_____ Indira Talwani _____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/8/22
_____
Effective Date

_____
United States District Judge